UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
Criminal No. 04-cr-307 (RHK/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                      )<br>                        Plaintiff,      )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>TROY COLLINS REECE,             )<br>                                                      )<br>                        Defendant.  ) | **ORDER GRANTING<br>MOTION TO CONTINUE<br>JUNE 23, 2005 SENTENCING** |

The Defendant, Troy Collins Reece, moved this Court to continue the presently scheduled Sentencing set for Thursday, June 23, 2005 at 9:00 a.m. to a date consistent with the Court's calendar.  As this Court is satisfied that Defendant's motivation in so moving is both appropriate and necessary, and given that Ms. Elizabeth Peterson, Assistant U.S. Attorney and counsel for the government in this matter, has expressed no objection hereto, the Motion to Continue this matter is hereby **GRANTED**.  The new date for the Sentencing in the above-entitled matter will be determined and noticed to counsel for each party in a timely fashion, and no change shall occur with respect to the Defendant's current detention status.

Dated:  6/13/05

                                                                              s/Richard H. Kyle
                                                                              Richard H. Kyle,
                                                                              United States District Court Judge