UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
Criminal No. 04-cr-307 (RHK/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>                    Plaintiff,         )<br>                                                       )<br>v.                                                    )<br>                                                       )<br>TROY COLLINS REECE,              )<br>                                                       )<br>                    Defendant.       ) | **ORDER GRANTING<br>MOTION TO CONTINUE<br>SEPTEMBER 1, 2005<br>SENTENCING** |

The Defendant, Troy Collins Reece, moved this Court to continue the presently scheduled Sentencing set for Thursday, September 1, 2005 at 9:00 a.m. to a date consistent with the Court's calendar. As this Court is satisfied that Defendant's motivation in so moving is both appropriate and necessary, the Motion to Continue this matter is hereby **GRANTED**. The new date for the Sentencing in the above-entitled matter will be determined and noticed to counsel for each party in a timely fashion, and no change shall occur with respect to the Defendant's current detention status.

Dated: 8/24/05

By: _____
Honorable District Court Judge Richard H. Kyle,
United States District Court

SCANNED
AUG 2 5 2005
U.S. DISTRICT COURT ST. PAUL