```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
```
_____

UNITED STATES OF AMERICA,           Cr. No. 04-307 (1)(RHK/AJB)

      Plaintiff,
                                               **ORDER**

      v.

TROY COLLIN REECE,

      Defendant.
_____

     The Defendant, Troy Reece, has moved the Court to amend his PSR by striking the sentence "While the defendant was taken to jail, he removed his handcuffs, with a key that he had on his necklace." (This sentence is found at the end of the first paragraph, page 2.) The United States has responded that in reviewing the case report, it has evidence that he had a handcuff key, but no evidence that he removed or attempted to remove the handcuffs. Therefore, the government has stated it has no objection to the proposed revision.

     Accordingly, **IT IS HEREBY ORDERED** that:

     The above stated sentence be stricken from the PSR.


Dated:  2/27/06            s/Richard H. Kyle
                         RICHARD H. Kyle
                         United States District Judge